UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                             Plaintiff,

                                                         DECISION AND ORDER

                                                         04-CV-6154L

                          v.

ANTHONY J. KONCO, JR.,
BERNADETTE L. KONCO,
ARNOT MEDICAL SERVICES,
DUANE SPILDE, Commissioner of Human Services,
or his Successor in Office,
CHEMUNG COUNTY DEPARTMENT OF
SOCIAL SERVICES,
JEFFREY BERRY,

                             Defendants.
_____

       By notice of motion (Dkt. #24), the United States moves for an order distributing surplus monies resulting from the Judgement of Foreclosure entered October 8, 2004. Based on the Report of Sale, it appears that there are surplus funds of $9,726.35, plus interest.

       All parties or claimants believing that they have some entitlement to these proceeds must submit a detailed affidavit indicating the sum to which they believe they are entitled and the reason the claim should be granted and why it has priority over other claims. These claims and affidavits must be filed in this Court on or before April 18, 2008. The Clerk is directed to serve this on the

Chemung County Department of Social Services; Arnot Medical Services, P.C., and Anthony J. and Bernadette L. Konco, 115 Lynhurst Avenue, Horseheads, New York 14845 and at Middleton Town Park, Lot. 7, Columbia Cross Roads, PA 16914.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       March 24, 2008.